UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IRONWORKERS LOCAL 397 PENSION
FUND, IRONWORKERS LOCAL 397
ANNUITY FUND, KEVIN BARBER, H.
PRESTON TAYLOR, CONRAD
VARNUM, KEITH EDWARDS,
WILLIAM MORROW, ROBERT E.
HARMON, DONALD GRAHAM,
GREGORY "JACK&QUOT JARRELL,
KEVIN BARBER, H. PRESTON
TAYLOR, CHAD MORROW, LOUIS
KINNEY and GREGORY "JACK&QUOT
JARRELL,

    Plaintiffs,

v.       Case No: 8:17-cv-1000-T-36JSS

ADCO INSTALLERS, LLC,

    Defendant.
_____/

**O R D E R**

The Court has been advised by the Notice of Settlement (Doc. 33) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida on September 27, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record