UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:17-cv-01000   HONEYWELL/SNEED

IRONWORKERS LOCAL 397 PENSION FUND
and IRONWORKERS LOCAL 397 ANNUITY FUND;
KEVIN BARBER, H. PRESTON TAYLOR, CONRAD
VARNUM, KEITH EDWARDS, WILLIAM MORROW,
ROBERT E. HARMON, DONALD GRAHAM,
GREGORY "JACK" JARRELL as Trustees of
IRONWORKERS LOCAL 397 PENSION FUND and
IRONWORKERS LOCAL 397 ANNUITY FUND;
IRONWORKERS LOCAL 397 JOINT APPRENTICE-
SHIP TRAINING COMMITTEE; KEVIN BARBER, H.
PRESTON TAYLOR, CHAD MORROW, LOUIS
KINNEY, GREGORY "JACK" JARRELL as Trustees
pf the IRONWORKERS LOCAL 397 JOINT APPREN-
TICESHIP TRAINING COMMITTEE; SOUTHEASTERN
IRONWORKERS HEALTH CARE PLAN, and LOCAL
NO. 397, TAMPA, FLORIDA, OF THE INTERNATIONAL
ASSOCIATION OF BRIDGE, STRUCTURAL AND
ORNAMENTAL IRON WORKERS, AFL-CIO,

       Plaintiffs,
v.

ADCO INSTALLERS, LLC., a Florida Corporation,

       Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice, and the Court, having been advised that the Parties have resolved this case, and being otherwise advised in the premises, it is hereby ORDERED and ADJUDGED that the Complaint is dismissed with prejudice, each party to bear its own attorneys fees and costs.

DONE and ORDERED in Tampa, Florida on _____, 2017.

                                                        Charlotte E. Honeywell
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record