UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IRONWORKERS LOCAL 397 PENSION
FUND, IRONWORKERS LOCAL 397
ANNUITY FUND, KEVIN BARBER, H.
PRESTON TAYLOR, CONRAD
VARNUM, KEITH EDWARDS,
WILLIAM MORROW, ROBERT E.
HARMON, DONALD GRAHAM,
GREGORY "JACK" JARRELL as Trustees
of IRONWORKERS LOCAL 397
PENSION FUND and IRONWORKERS
LOCAL 397 ANNUITY FUND;
IRONWORKERS LOCAL 3907 OINT
APPRENTICESHIP TRAINING
COMMITTEE, KEVIN BARBER, H.
PRESTON TAYLOR, CHAD MORROW,
LOUIS KINNEY, GREGORY "JACK"
JARRELL as Trustees of the
IRONWORKERS LOAL 397 JOINT
APPRENTICESHIP TRAINING
COMMITTEE; SOUTHEASTERN
IRONWORKERS HEALTH CARE PLAN,
and LOCAL NO. 397, TAMPA, FLORIDA,
OF THE INTERNATIONAL
ASSOCIATION OF BRIDGE,
STRUCTURAL AND ORNAMENTAL
IRON WORKERS, AFL-CIO,

     Plaintiffs,

v.                                                Case No: 8:17-cv-1000-T-36JSS

ADCO INSTALLERS, LLC,

     Defendant.
_____/

## **O R D E R**

     Before the Court is the Joint Stipulation for Dismissal with Prejudice (Doc. 15).  In accord

with the Joint Stipulation for Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as

follows:

1)    The Joint Stipulation for Dismissal with Prejudice is **APPROVED** (Doc. 15).

2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)    The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on October 4, 2017.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record

2